**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF BAOLIANG ZHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-8365 GW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, Defendant's Motion to Dismiss, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections to the Report and Recommendation, including attached exhibits.  After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that Defendant's Motion to Dismiss is GRANTED IN PART. Judgment shall be entered dismissing this action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2  Judgment herein on Plaintiff at his current address of record and on counsel for
3  Defendant.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED: March 27, 2023
8
                                           _____
9                                          GEORGE H. WU
                                           UNITED STATES DISTRICT JUDGE